| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1128 1:11CR00326-001-CRB |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 19-80017-TP-MIDDLEBROOKS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Frederico Medina | SOUTHERN ALABAMA | SOUTHERN |
| | NAME OF SENTENCING JUDGE | |
| | Senior U.S. District Judge Charles R. Butler, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/15/2018 | TO 06/14/2023 |

FILED BY ___ D.C.
JUN 12 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**OFFENSE**
Count One: possession with intent to distribute cocaine in violation of 21 USC § 841 (a)(1), and
Count Two: use of a firearm in furtherance of drug crime in violation of 18 USC § 924 (c)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    SOUTHERN    DISTRICT OF    ALABAMA - MOBILE

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA - WEST PALM BEACH upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/5/2019
*Date*

*United States District Judge Jeffrey U. Beaverstock*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    SOUTHERN    DISTRICT OF    FLORIDA - WEST PALM BEACH

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/11/19
*Effective Date*

*United States District Judge*
KENNETH A. MARRA

AO 245B (Rev. 06/05) Judgment in a Criminal Case: Sheet 1       (11918)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>FREDERICO MEDINA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>CASE NUMBER: 1:11-CR-00326-004<br>USM NUMBER: 02751-104 |

**THE DEFENDANT:**        Fred Tiemann
                                                                                       **Defendant's Attorney**

(X) pleaded guilty to count(s)   one and two of the indictment  .
( ) pleaded nolo contendere to count(s) ____ which was accepted by the court.
( ) was found guilty on count(s) ____ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count No.(s) |
|---|---|---|---|
| 21:841(a)(1) | possession with intent to distribute cocaine | 11/08/2011 | 1 |
| 18:924(c)(1) | use of a firearm in furtherance of drug crime | 11/08/2011 | 2 |

     The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

( )     The defendant has been found not guilty on count(s) ____.

( )     Count(s) _____ are dismissed on the motion of the United States.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                                         August 26, 2013
                                                                   Date of Imposition of Judgment

                                                                     s/Charles R. Butler, Jr.
                                                                   SENIOR UNITED STATES DISTRICT JUDGE

                                                                   September 25, 2013
                                                                     Date

Judgment 2

AO 245B (Rev. 06/05) Judgment in a Criminal Case: Sheet 2 - Imprisonment

Defendant: FREDERICO MEDINA
Case Number: 1:11-CR-00326-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total **term** of __72 MONTHS__. This term consists of 12 months as to count 1 and 60 months as to count 2 to run consecutively for a total term of 72 months.

( ) Special Conditions:

(X) The court makes the following recommendations to the Bureau of Prisons: The Court recommends to the Bureau of Prisons that the defendant be imprisoned as close to his family in Port St. Lucie, Florida, as possible.

(X) The defendant is remanded to the custody of the United States Marshal.

( ) The defendant shall surrender to the United States Marshal for this district:
  ( ) at _____ a.m./p.m. on _____.
  ( ) as notified by the United States Marshal.

( ) The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( ) before 2 p.m. on _____.
  ( ) as notified by the United States Marshal.
  ( ) as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal

Judgment 3

AO 245B (Rev. 06/05) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: FREDERICO MEDINA
Case Number: 1:11-CR-00326-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of __5 YEARS__.
This term consists of 3 years as to count 1 and 5 years as to count 2 to run concurrently for a total term of 5 years.

(X)    Special Conditions: The Court imposed the following special conditions: the defendant shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the Probation Office; and, the defendant shall participate in a mental health evaluation and comply with any treatment consistent with the findings of said evaluation, as directed by the Probation Office.

> *For offenses committed on or after September 13, 1994:*    The defendant shall refrain from any unlawful use of a controlled substance.   The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

( )    The above drug testing condition is suspended based on the court=s determination that the defendant poses a low risk of future substance abuse.   (Check, if applicable)

( )    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.   (Check, if applicable)

( )    The defendant shall participate in an approved program for domestic violence. (Check, if applicable)

(X)    **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.   The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (Probation Form 7a).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

See Page 4 for the
**"STANDARD CONDITIONS OF SUPERVISION"**

Judgment 4

AO 245B (Rev. 06/05) Judgment in a Criminal Case: Sheet 3 - Supervised Release

Defendant: FREDERICO MEDINA
Case Number: 1:11-CR-00326-001

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or the probation officer.
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. " 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Judgment 5

AO 245B (Rev. 06/05) Judgment in a Criminal Case: Sheet 5, Part A - Criminal Monetary Penalties

Defendant: FREDERICO MEDINA
Case Number: 1:11-CR-00326-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|        | **Assessment** | **Restitution** |
|--------|----------------|-----------------|
| **Totals:** | **$200.00** | **$0.00** |

( )     The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. **(or see attached)** However, pursuant to 18 U.S.C. ' 3644(i), all non-federal victims must be paid in full prior to the United States receiving payment.

( )     The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

**TOTALS:**     $ _____     $ _____

( )     If applicable, restitution amount ordered pursuant to plea agreement.     $

( )     The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. ' 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. ' 3612(g).

( )     The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ( ) The interest requirement is waived for the ( ) fine and/or    ( ) restitution.

    ( ) The interest requirement for the    ( ) fine and/or    ( ) restitution is modified as follows:

\* **Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code,** for offenses committed on or after September 13, 1994 but before April 23, 1996.

Judgment 6

AO 245B (Rev. 06/05) Judgment in a Criminal Case:   Sheet 5,   Part B - Schedule of Payments

Defendant: FREDERICO MEDINA
Case Number: 1:11-CR00326-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A   (X) Lump sum payment of $ 200.00 due immediately, balance due

   not later than _____ , or ( ) in accordance with ( ) C,   ( )   D, ( ) E or ( ) F below; or

B   ( )   Payment to begin immediately (may be combined with ( ) C, ( ) D, ( ) E or ( ) F below); or

C   ( ) Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment;   or

D   ( )   Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   ( )   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.   The court will set the payment plan based on an assessment of the defendant's ability to ay at that time; or

F   ( )   Special instructions regarding the payment of criminal monetary penalties:


Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment.   All criminal monetary penalty payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )   **Joint** and Several:

( )   The defendant shall pay the cost of prosecution.

( )   The defendant shall pay the following court cost(s):

( )   The defendant shall **forfeit** the defendant's interest in the following property to the United States:


**Payments shall be applied in the following order: (1) assessment; (2) restitution principal; (3) restitution interest, (4) fine principal; (5) fine interest , (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.**

\\

SPC

FILED IN OPEN COURT

NOV 23 2011

CHARLES R. DIARD, JR.
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 11-00326-CB |
| vs. | * | USAO NO: 11R00646 |
| | * | |
| FREDERICO MEDINA | * | VIOLATIONS: |
| | * | 21 USC § 841(a)(1) |
| | * | 18 USC § 924(c) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about November 8, 2011, in the Southern District of Alabama, and elsewhere, the defendant,

**FREDERICO MEDINA**

aided and abetted by other persons, both known and unknown to the Grand Jury, did unlawfully, knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: approximately 650 grams of cocaine.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity involved exceeds 500 grams of cocaine, thus the defendant is subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT TWO

On or about November 8, 2011, in the Southern District of Alabama, Southern Division, and elsewhere,

### FREDERICO MEDINA

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, to-wit: possession with intent to distribute cocaine, a schedule II controlled substance as charged in Count One of the indictment, a violation of Title 21, United States Code, Section 841(a)(1), did knowingly possess a firearm, namely: a Phoenix Arms .25 Caliber pistol Serial Number 4175825 and a Springfield XD40 .40 Caliber pistol Serial Number US479332.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL,

_____
FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

KENYEN R. BROWN
UNITED STATES ATTORNEY
by:

_____
Sean P. Costello
Assistant U.S. Attorney

_____
John G. Cherry
Assistant U.S. Attorney
Chief, Criminal Division                NOVEMBER 2011

2

l\

# PENALTY PAGE

**CASE STYLE:** UNITED STATES V. FREDERICO MEDINA

**USAO NUMBER:** 11R00646

**AUSA:** SEAN P. COSTELLO

**CODE VIOLATIONS:**

**COUNT 1:** 21 U.S.C. § 841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

**COUNT 2:** 18 U.S.C. § 924(c) - POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

**PENALTIES:**

**COUNT 1:** 5 to 40 yrs/ $5,000,000.00/ 5 yrs SRT/ $100.00 SA

**COUNT 2:** 5 yrs mandatory consecutive/ $250,000.00/ 3 yrs SRT/ $100 SA

**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

# U.S. District Court
## Southern District of Alabama (Mobile)
## CRIMINAL DOCKET FOR CASE #: 1:11-cr-00326-JB-C-1

Case title: USA v. Medina

Date Filed: 11/23/2011
Date Terminated: 09/25/2013

Assigned to: District Judge Jeffrey U. Beaverstock
Referred to: Magistrate Judge William E. Cassady

### Defendant (1)

**Frederico Medina**
*TERMINATED: 09/25/2013*

represented by **Frederico Medina**
#02751-104
FCI Miami
P. O. Box 779800
Miami, FL 33177
Email:
PRO SE

**Fred Tiemann**
Federal Public Defender's Office
Southern District of Alabama
11 North Water Street
Suite 11290
Mobile, AL 36602
(251) 433-0910
Fax: 2514330686
Email: fred_tiemann@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Active*

### Pending Counts

POSSESSION WITH INTENT TO
DISTRIBUTE COCAINE
(1)

### Disposition

Defendant sentenced to BOP for a term of 12 months. SRT 3 yrs concurrent w/ SC: participate in program of t/t substance abuse/use and/or mental health. SA $100

| POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (2) | Defendant sentenced to BOP for a term of 60 months to run consecutively to the term imposed in count one. SRT 5 yrs concurrent with count one. SA $100 |
|---|---|

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| USA | represented by | **Sean P. Costello**<br>U.S. Attorney's Office<br>63 S. Royal St., Rm. 600<br>Mobile, AL 36602<br>251-441-5845<br>Email: sean.costello@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
|---|---|---|

| Email All Attorneys |
| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/23/2011 | 1 | INDICTMENT as to Frederico Medina (1) count(s) 1, 2. (Attachments: # 1 Penalty Page, # 2 signed indictment) (srr) (Entered: 11/28/2011) |
| 02/21/2013 |   | Arrest of Frederico Medina in SDFL [Ft. Pierce]. (mpp) (Entered: 02/27/2013) |
| 02/25/2013 | 5 | Rule 5(c)(3) Documents Received as to Frederico Medina from SDFL. (Attachments: # 1 Transfer Email) (mpp) (Additional attachment(s) added on 2/27/2013: # 2 SDFL Docket Sheet (Ft Pierce)) (mpp, ). (Entered: 02/25/2013) |
| 04/01/2013 | 6 | NOTICE OF Arraignment as to Frederico Medina - Arraignment set for 4/10/2013 at 2:00 PM in Courtroom 3A before Magistrate Judge William E. Cassady. Copies to USA, USPO, USMS. (mpp) (Entered: 04/01/2013) |
| 04/01/2013 | 7 | |

| | | |
|---|---|---|
| | | ORDER to produce Frederico Medina to appear on 4/10/13 at 2:00 pm for Arraignment. Signed by Magistrate Judge William E. Cassady on 4/1/2013. Copies to USA,USPO,USMS. (mpp) (Entered: 04/01/2013) |
| 04/10/2013 | 8 | MOTION to Detain by USA as to Frederico Medina. (Costello, Sean) (Entered: 04/10/2013) |
| 04/10/2013 | 9 | CJA 23 Financial Affidavit by Frederico Medina (eec) (Entered: 04/11/2013) |
| 04/10/2013 | 10 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Fred Tiemann for Frederico Medina. Signed by Magistrate Judge William E. Cassady on 4/10/2013. (eec) (Entered: 04/11/2013) |
| 04/10/2013 | 11 | Order on Arraignment as to Frederico Medina (1) Count 1,2. Jury Selection set for 6/3/2013 08:45AM. Pretrial Motions due by 4/24/2013. Probation Officers Report due 5/9/2013. Certification of Guideline Calculations due 5/10/2013. Pretrial Conference set for 5/14/2013 09:00 AM in US Courthouse, Courtroom 3A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge William E. Cassady. Signed by Magistrate Judge William E. Cassady on 4/10/2013. Emailed to AUSA, USM, Prob, Deft's counsel (eec) (Entered: 04/11/2013) |
| 04/10/2013 | 12 | ORDER OF TEMPORARY DETENTION as to Frederico Medina. Detention Hearing set for 4/15/2013 02:00 PM in US Courthouse, Courtroom 3A, 113 St. Joseph Street, Mobile, AL 36602 before Magistrate Judge William E. Cassady. Signed by Magistrate Judge William E. Cassady on 4/10/2013. Emailed to AUSA, USM, Prob, Deft's counsel (eec) (Entered: 04/11/2013) |
| 04/10/2013 | | Minute Entry for proceedings held before Magistrate Judge William E. Cassady: Arraignment as to Frederico Medina (1) Count 1,2 held on 4/10/2013. FTR Digital Audio Recording. (eec) (Entered: 04/11/2013) |
| 04/15/2013 | | Minute Entry for proceedings held before Magistrate Judge William E. Cassady: Detention Hearing as to Frederico Medina held on 4/15/2013. Court denied the Government's motion for detention and entered release conditions. FTR Digital Audio Recording. (eec) (Entered: 04/15/2013) |
| 04/15/2013 | 16 | Receipt for surrender of Passport as to Frederico Medina. Passport Number 101729095 issued by USA. (mpp) (Entered: 04/16/2013) |
| 05/09/2013 | 18 | Certification Regarding the Preliminary Guideline Calculations of the Probation Officer filed by Frederico Medina. (Tiemann, Fred) (Entered: 05/09/2013) |
| 05/10/2013 | 19 | MOTION for Extension of Time *to File Motions and Notices* by Frederico Medina. (Tiemann, Fred) (Entered: 05/10/2013) |
| 05/13/2013 | 20 | Notice of Intent to Plead Guilty to Count(s) One and Two as to Frederico Medina (Tiemann, Fred) (Entered: 05/13/2013) |
| 05/14/2013 | 21 | ORDER as to Frederico Medina re 20 Notice of Intent to Plead Guilty, ( Change of Plea Hearing set for 5/20/2013 10:30 AM in US Courthouse, Courtroom 5B, 113 St. Joseph Street, Mobile, AL 36602 before Senior Judge Charles R. Butler Jr.). Signed by Magistrate Judge William E. Cassady on 5/14/2013. Emailed to AUSA, USM, Prob, Deft's counsel (eec) (Entered: 05/14/2013) |
| 05/17/2013 | 23 | |

|  |  | PLEA AGREEMENT *(Unsigned)* as to Frederico Medina with Factual Resume (Tiemann, Fred) (Entered: 05/17/2013) |
|---|---|---|
| 05/20/2013 | 24 | Order on Guilty Plea & Minute Entry entered as to Frederico Medina (1) Guilty as to Count 1,2, charging the offense of Count 1: 21:841 possession with intent to distribute cocaine Count 2: 18:924 possession of a firearm in drug crime. Defense Counsel Fred Tiemann. Government Counsel Sean Costello. Defendant's guilty plea was accepted 5/20/13 and Defendant was found guilty as charged. The plea agreement was written. Pending sentencing Defendant shall be remanded to custody. Court Reporter Melanie Wilkins. **This is a text only order**. Sentencing set for 8/26/2013 10:00 AM in US Courthouse, Courtroom 5B, 113 St. Joseph Street, Mobile, AL 36602 before Senior Judge Charles R. Butler Jr. Presentence Investigation Report due 7/22/2013. On or before 8/12/2013 the parties shall each file a Position with Respect to Sentencing Factors in accordance with this Courts Standing Order Number Five. Signed by Senior Judge Charles R. Butler, Jr on 5/20/2013. (adk) (Entered: 05/20/2013) |
| 06/12/2013 | 25 | ENDORSED ORDER finding as moot 19 Motion for Extension of Time as to Frederico Medina (1). Signed by Senior Judge Charles R. Butler, Jr on 6/12/2013. (aen) (Entered: 06/12/2013) |
| 07/23/2013 | 27 | POSITION regarding sentencing factors *without objections* filed by USA as to Frederico Medina (Costello, Sean) (Entered: 07/23/2013) |
| 08/12/2013 | 28 | POSITION regarding sentencing factors by Frederico Medina without objections (Tiemann, Fred) (Entered: 08/12/2013) |
| 08/26/2013 |  | Minute Entry for proceedings held before Senior Judge Charles R. Butler, Jr:Sentencing held on 8/26/2013 for Frederico Medina (1), Count(s) 1, Defendant sentenced to BOP for a term of 12 months. SRT 3 yrs concurrent w/ SC: participate in program of t/t substance abuse/use and/or mental health. SA $100; Count(s) 2, Defendant sentenced to BOP for a term of 60 months to run consecutively to the term imposed in count one. SRT 5 yrs concurrent with count one. SA $100. Court Reporter Mary Frances Giattina. (adk) (Entered: 08/26/2013) |
| 09/25/2013 | 35 | JUDGMENT as to Frederico Medina (1), Count(s) 1, Defendant sentenced to BOP for a term of 12 months. SRT 3 yrs concurrent w/ SC: participate in program of t/t substance abuse/use and/or mental health. SA $100; Count(s) 2, Defendant sentenced to BOP for a term of 60 months to run consecutively to the term imposed in count one. SRT 5 yrs concurrent with count one. SA $100. Signed by Senior Judge Charles R. Butler, Jr on 9/25/2013. (adk) (Entered: 09/25/2013) |
| 10/01/2013 | 37 | ORDER-CLERICAL ERROR regarding case number as to Frederico Medina re 35 Judgment,. Signed by Senior Judge Charles R. Butler, Jr on 10/1/2013. (adk) (Entered: 10/01/2013) |
| 07/02/2015 | 39 | MOTION to Reduce Sentence re 2014 Drug Guidelines Amendment filed by Frederico Medina. Referred to Judge Charles R. Butler, Jr. (clr) . (Entered: 07/06/2015) |
| 08/04/2015 | 41 |  |

|  |  | ORDER DENYING 39 Motion to Reduce Sentence re: 2014 Drug Guidelines Amendment as to Frederico Medina (1). Signed by Senior Judge Charles R. Butler, Jr on 8/4/2015. Copy mailed to Defendant (clr) (Entered: 08/04/2015) |
|---|---|---|
| 06/12/2019 | 44 | Transfer Letter sent via Email to Southern District of Florida - West Palm Beach re 43 Transfer Out/Probationer/SRT. (nah) (Entered: 06/12/2019) |